U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 2 0 2006


ROBERT H. SHEMWELL, CLERK
BY_____
         DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

EDWARD JORDAN

VERSUS

WARDEN, LA STATE PENITENTIARY

CIVIL ACTION NO. 5:04CV1540
JUDGE HICKS
MAG. JUDGE HORNSBY

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

 The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 20th day of November, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE